# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSSY JOSEPH,

                Plaintiff,                              20 **CIVIL** 1315 (GHW)

        -against-                                 **<u>JUDGMENT</u>**

KENNETH T. (KEN) CUCCINELLI, Acting Director, U. S. Citizenship and Immigration Services, WILLIAM BARR, Attorney General, U. S. Department of Justice, CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation, CHAD F. WOLF, Acting Secretary, U. S. Department of Homeland Security Office of the General Counsel,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 2, 2021, Defendants' motion to dismiss the amended petition is GRANTED. Judgment is entered in favor of Defendants; accordingly, this case is closed.

**Dated:** New York, New York
            November 3, 2021

                                                        **RUBY J. KRAJICK**
                                                             Clerk of Court
                                        BY:
                                                               Deputy Clerk